**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

ALLEX ULLOA,
ERIC ULLOA,
                Defendants.
------------------------------------------------------------X

19 CR. 707 (RMB)

**ORDER**

       The conference scheduled for Wednesday, July 1, 2020 at 9:00 AM will be held by video via CourtCall.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (855) 268-7844
    Access Code: 32091812#
    PIN: 9921299#

Dated: June 25, 2020
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.