UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                19 CR. 707 (RMB)

-against-

**<u>ORDER</u>**

ALEX ULLOA,
                Defendant.
------------------------------------------------------------X

      The telephone status conference previously scheduled for Wednesday, September 9, 2020 at 9:00 AM is hereby rescheduled to 10:30 AM, on the same date.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0707

Dated: September 3, 2020
       New York, NY

                              _____
                                RICHARD M. BERMAN
                                   U.S.D.J.