**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

      -against-

ALEX ULLOA,
                Defendant.
------------------------------------------------------------X

19 CR. 707 (RMB)

**ORDER**

      The Court will hold a telephone status conference on Monday, October 19, 2020 at 10:30 AM.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0707

Dated: October 15, 2020
       New York, NY

                                        RICHARD M. BERMAN
                                            U.S.D.J.