UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                19 CR. 707 (RMB)
   -against-

                                                                               **ORDER**

ALEX ULLOA,
                Defendant.
------------------------------------------------------------X

       The telephone status conference previously scheduled for Monday, December 14, 2020 at 9:00 AM is hereby rescheduled to 10:30 AM on the same date.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 0707

Dated: December 9, 2020
       New York, NY

                                                                   _____
                                                                     RICHARD M. BERMAN
                                                                           U.S.D.J.