UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                  19 CR. 707 (RMB)

  -against-

                                                                **ORDER**

ALEX ULLOA,
                Defendant.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the status conference scheduled for Wednesday, February 17, 2021 at 10:30 am is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 0707

Dated: February 9, 2021
       New York, NY

                                                                  *Richard M. Berman*
                                                                RICHARD M. BERMAN
                                                                     U.S.D.J.