UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                       19 CR. 707 (RMB)
   -against-

                                                                                       **ORDER**

ALEX ULLOA,
                Defendant.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the status conference scheduled for Wednesday, March 10, 2021 at 12:00 pm is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0707

Dated: March 4, 2021
       New York, NY

                                                    _____
                                                       RICHARD M. BERMAN
                                                            U.S.D.J.