# The Law Office of
# Bertram C. Okpokwasili

201 Montgomery Street, 2nd Floor, Suite 263
Jersey City, N.J. 07302
Telephone: (201) 771-0394
Fax: (201) 839-3352

Bertram C. Okpokwasili, Esq.*
_____
* Member of the New York Bar and New Jersey Bar

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

> Sentence is adjourned to 12/14/21 at 9:30 am.
> Defense submission is due 11/22/21. Government submission is due 11/29/21.
>
> SO ORDERED:
> Date: 10/25/21
> /s/ Richard M. Berman
> Richard M. Berman, U.S.D.J.

**Re: United States of America v Alex Ulloa**
**Docket No. 19-CR00707-001 (RMB)**

Dear Judge Berman,

    Defense counsel respectfully submits this request to the Court to adjourn the November 3, 2021 sentencing date to December 14, 2021, to same day as sentencing for Eric Ulloa, as per the Court's recent order regarding his sentencing, or December 15, 2021, the day after. My client is detained and due to issues at the MDC has been in lockdown for the greater part of the month. Moreover, my client, Mr. Alex Ulloa is Eric Ulloa's brother, and if the Court would allow, it would be easier for the Ulloa family members, some who are coming from overseas, to make one trip instead of two. AUSA Jacob Fiddelman, for the government, has given consent. Should the Court have any questions or require additional information please contact me. Thank you.

Respectfully,

/s/ *BCO*

Bertram C. Okpokwasili, Esq.

CC: AUSA(s) Jacob Fiddelman and Daniel Nessim by ECF