**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                              19 CR. 707 (RMB)

   -against-

                                                                             **ORDER**

ALEX ULLOA,
                Defendant.
------------------------------------------------------------X

       The sentencing proceeding scheduled for Tuesday, December 14, 2021 at 9:30 AM will take place in Courtroom 17B.

Dated: December 9, 2021
       New York, NY

                                                                             RICHARD M. BERMAN
                                                                                 U.S.D.J.