UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                      :
                                               :
                                               :
          - against -                          :     19-CR-707 (RMB)
                                               :
                                               :     **ORDER**
                                               :
ALEX ULLOA,                                    :
                                               :
                    Defendant.                 :
-------------------------------------------------------------x

       The Court has received a motion, dated October 10, 2023, from Defendant Alex Ulloa, *pro se*, seeking a reduction in his sentence pursuant to 18 U.S.C. § 3582(c)(2), and the recent amendment to the Sentencing Guidelines which was adopted on April 27, 2023, made retroactive on August 31, 2023, and took effect on November 1, 2023. *See* U.S. Sent'g Guidelines Manual §1B1.10(d), 4C1.1(a) (U.S. Sent'g Comm'n 2023) (codifying amendments).

       The Government, after conferring with the Probation Department, is requested to make a written response to Defendant's motion by November 22, 2023.

       The Clerk of Court is requested to serve copies of this Order on Mr. Ulloa.

Dated: New York, New York
       November 1, 2023



RICHARD M. BERMAN, U.S.D.J.