UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

             - against -                                   19-CR-707 (RMB)

                                                 **ORDER**

ALEX ULLOA,

                     Defendant.
-----------------------------------------------------------------x

       Federal Defenders are requested to make a written submission regarding Defendant's motion for a sentence reduction, dated October 10, 2023, on or before February 6, 2024.

       The Court notes that the Government and the Probation Department deny Defendant's eligibility for a sentencing reduction.

Dated: New York, New York
       January 23, 2024

                                                     **RICHARD M. BERMAN, U.S.D.J.**