| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Copies Mailed By Chambers |

UNITED STATES OF AMERICA,

-against-

ALEX ULLOA,

                Defendant.

19-CR-707 (RMB)

**ORDER**

Based upon Defendant Alex Ulloa's contention that he did not receive timely notice of the Court's April 17, 2025 Decision & Order, the Court is extending Mr. Ulloa's time to submit an application to have the Court reconsider his motion for compassionate release, dated January 1, 2025, including his supplemental motion for compassionate release, dated September 8, 2025. *See* ECF No. 100; *United States v. Yannotti*, 457 F. Supp. 2d 385, 388 (S.D.N.Y. 2006).

The Government is directed to respond to Mr. Ulloa's motion for reconsideration by October 1, 2025. Mr. Ulloa may reply to the Government's arguments on or before October 27, 2025.

In the event that the Court were to deny Mr. Ulloa's motion for reconsideration, Mr. Ulloa would have 14 days to file any notice of appeal from the date of the Court's ruling on reconsideration. *See* Fed. R. App. P. 4(b)(1)(A)(i); *United States v. Rodriguez*, 892 F.2d 233, 235 (2d Cir. 1989).

Date: September 19, 2025
New York, New York

                                            *Richard M. Berman*
                                         **RICHARD M. BERMAN, U.S.D.J.**